**Exhibit 1: Stipulation of Dismissal**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

| | |
|---|---|
| **LISA RICHARDS,** | |
| **Plaintiff,** | **Case No. 5:25-cv-00137-TTC-JCH** |
| **v.** | |
| **BLOCK, INC.,** | |
| **Defendant.** | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record, that the above-identified action be and hereby is dismissed WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs in connection with the action.

Dated: _April 13_____, 2026          Respectfully submitted,

_Lisa Rich_____          /s/ Lauren M. Bridenbaugh
Lisa Richards, Esq.                  Alexander P. Berg, Bar No. 95557
Bar No. 96671                        Lauren M. Bridenbaugh, Bar No. 90586
11166 Fairfax Blvd.                  LITTLER MENDELSON, P.C.
Suite 500 #1344                      1800 Tysons Boulevard
Fairfax, VA 2030                     Suite 500
Telephone:    202.981.2059           Tysons Corner, VA  22102
LWR2357@pm.me                        Telephone:      703.442.8425
                                     Facsimile: 703.552.0045
                                     aberg@littler.com
_Plaintiff_ pro se                   lbridenbaugh@littler.com

                                     _Counsel for Defendant Block, Inc._